UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRAVA INVESTMENTS DEVELOPMENT LTD.,
Plaintiff

-v-

HSBC BANK USA N.A.,
Defendant

Case No.

**JUDGE MARRERO**

Rule 7.1 Statement

**07 CV 3205**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Plaintiff** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

RECEIVED APR 20 2007 U.S.D.C. S.D.N.Y. CASHIERS

Date: April 18, 2007

Signature of Attorney
Paul H. Levinson, Esq.
Attorney Bar Code: 5528

Form Rule7_1.pdf