# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 3205

Date Filed: _____

Plaintiff:
**BRAVA INVESTMENTS DEVELOPMENT LTD.**

vs.

Defendant:
**HSBC BANK USA N.A.**

Received by ASK Litigation Support, Inc. to be served on **HSBC BANK USA N.A., 452 Fifth Avenue, New York, NY 10018**.

I, Simon Kahn, being duly sworn, depose and say that on the **24th day of April, 2007 at 2:20 pm, I:**

Personally delivered a true copy of the **Summons & Complaint, Rule 7.1 Statement and Judge and Magistrates Rules** to Nusrat Islam, authorized and that said documents were in actuality delivered to the business at the location stated above.

**Description** of Person Served: Age: 38, Sex: F, Race/Skin Color: Asian, Height: seate, Weight: 145, Hair: Brown, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____4/25/07____
Date

Simon Kahn
0842361

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2007000261