UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/07
```

---

BRAVA INVESTMENTS DEVELOPMENT LTD.,

                    Plaintiff,

v.

HSBC BANK USA, N.A.

                    Defendant,

**STIPULATION**

Case No.: 07CV3205

---

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for plaintiff Brava Investments Development Ltd. and defendant HSBC Bank USA, N.A., that defendant HSBC Bank USA, N.A. has until June 13, 2007 inclusive to move, answer or otherwise respond to plaintiff's complaint. There have been no previous requests to extend the time to answer the complaint.

    The Defendant waives any defense concerning service of the Summons and Complaint.

Dated: New York, New York
         May 25, 2007

By: _____
Paul H. Levinson, Esq. (PL5528)
McLaughlin & Stern, LLP
Attorney for Plaintiff
260 Madison Avenue, 18th floor
New York, New York 10016
(212) 448-1100

By: _____
Scott D. Miller, Esq. (SM0856)
Michael T. Ryan, Esq. (MR2127)
Attorneys for Defendant
One HSBC Center, 27th floor
Buffalo, New York 14203
(716) 841-4230/(716) 841-2293

SO-ORDERED
_____
Hon. P. Kevin Castel, U.S.D.J.
6-5-07

SDM\brava\stip1\kmh