UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BRAVA INVESTMENTS DEVELOPMENT LTD., | **RULE 7.1 STATEMENT** |
| Plaintiff, | Case No.: 07CV3205 |
| v. | |
| HSBC BANK USA, N.A. | |
| Defendant, | |

---

Pursuant to Fed. Rule Civ. P. 7.1, defendant HSBC Bank USA, N.A. states:

HSBC Bank USA, N.A. is a wholly-owned subsidiary of HSBC USA, Inc., which is indirectly owned by HSBC Holdings plc. The shares of HSBC Holdings plc are traded on certain foreign stock exchanges and are traded over the counter in the United States as sponsored American depository receipts.

**DATED**:   Buffalo, New York
             June 13, 2007

                                               S/Scott D. Miller
                                               Scott D. Miller, Michael T. Ryan and
                                               Meredith L. Friedman
                                               Attorneys for Defendant
                                               HSBC Bank USA, National Association
                                               One HSBC Center, 27th floor
                                               Buffalo, New York 14203
                                               (716) 841-4230, (716) 841-2293 and
                                               (212) 525-3923

Electronically filed in the SDNY

Copy to:

Paul H. Levinson, Esq.
McLaughlin & Stern, LLP
Attorneys for Plaintiff
260 Madison Avenue, 18th Floor
New York, New York  10016
(212) 448-1100
plevinson@mclaughlinstern.com

SDM\brava\7.1statement\kmh