# MCLAUGHLIN & STERN, LLP

| | | |
|---|---|---|
| **PAUL H. LEVINSON**<br>**PARTNER**<br>**DIRECT DIAL (212) 448-6279**<br>Email:plevinson@mclaughlinstern.com | 260 MADISON AVENUE<br>NEW YORK, NEW YORK 10016<br>(212) 448-1100<br>FAX (212) 448-0066 | **MILLBROOK OFFICE**<br>Franklin Avenue<br>P.O. Box 1369<br>Millbrook, New York 12545<br>(845) 677-5700<br>Fax (845) 677-0097 |

August 7, 2007

**BY HAND**

[Stamp: USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 8-9-07]

[Stamp: AUG -9 2007 / CHAMBERS OF / JUDGE MARRERO]

Honorable Victor Marrero
Judge, United States District Court
Southern District of New York
500 Pearl Street - Room 660
New York, NY 10007

Re: Brava Investments Development Ltd. v. HSBC Bank USA N.A.
07 CV ~~2305~~ (VM)
    07CV 3205

Dear Judge Marrero:

    This office represents plaintiff Brava Investments Development Ltd., in the above-entitled action. On Friday, July 27, 2007, Meredith L. Friedman, Esq., Vice President-Senior Counsel for HSBC Bank USA N.A., and I appeared before Your Honor for a preliminary conference, pursuant to Fed. R. Civ. P. 16. Among the matters that were addressed, towards the conclusion of the Conference, were some ministerial issues concerning the pleadings. Specifically, Ms. Friedman requested leave to file an Amended Answer, since the exhibit attached to her client's pleading was incorrect. I, in turn, also requested leave to file with the Court the two exhibits referred to therein, the "Client Application" (Exhibit "A") and the "Terms and Conditions" (Exhibit "B"), both of which are referenced in paragraph 6 thereof and copies of which are enclosed herewith.

    However, following the Conference when we attempted to file the two exhibits with the Clerk's Office, we were advised that we need a transcript of the proceedings to confirm that the Court had approved such filing. Unfortunately, we then were advised by the Office of the Southern District Reporters that no such transcript exists. Accordingly, I am respectfully requesting that Your Honor place a "Memo Endorsement" on this letter granting leave for plaintiff to file the two aforementioned exhibits with the Complaint.

    Thank you for your consideration in this matter.

[Handwritten endorsement: Request GRANTED. The Clerk of Court is directed to accept for filing in this action the exhibits to the complaint and the Amended Answer described above.
SO ORDERED:
8-9-07
DATE    VICTOR MARRERO, U.S.D.J.]

Respectfully yours,

*Paul H. Levinson* (signature)

Paul H. Levinson

Encs.-pl807chr.2
cc: Meredith L. Friedman, Esq.
    (Via E-Mail w/encs.)