

```
┌─────────────────────────┐
│ USDS SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____  │
│ DATE FILED: 1-7-08      │
└─────────────────────────┘
```

Office of General Counsel
(212) 525-3923

Via ECF

January 4, 2008

Hon. Victor Marrero
United States District Judge
Southern District of New York
Daniel P. Moynihan Courthouse
500 Pearl Street
Room 660
New York, NY 10007

Re: Brava Investments Development Ltd. v. HSBC Bank USA, N.A.; 07 Civ. 3205

Dear Judge Marrero:

The undersigned represents defendant HSBC Bank USA, N.A. ("HSBC").

I write jointly with counsel for plaintiff, Paul H. Levinson, Esq., to request that the Court adjourn our case management conference scheduled for January 11, 2008. The parties are scheduled to mediate this case before a court appointed mediator on January 14, 2008, and the Court may want to schedule the case management conference afterwards.

Thank you for your consideration.

Respectfully yours,

*[signature]*

Meredith L. Friedman
VP – Senior Counsel

cc: Paul H. Levinson, Esq.

```
┌──────────────────────────────────────────┐
│ Request GRANTED. The next status         │
│ conference herein is rescheduled to 1-25-08 │
│ at 4:30 p.m.                             │
│                                          │
│ SO ORDERED.                              │
│                                          │
│  1-7-08          [signature]             │
│  DATE        VICTOR MARRERO, U.S.D.J.    │
└──────────────────────────────────────────┘
```

HSBC Bank USA, National Association
452 Fifth Avenue, New York, NY 10018