# HSBC ◆▶ ORIGINAL



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08

Office of General Counsel
(212) 525-3923

Via Facsimile

January 17, 2008

RECEIVED
JAN 17 2008

Hon. Victor Marrero
United States District Judge
Southern District of New York
Daniel P. Moynihan Courthouse
500 Pearl Street
Room 660
New York, NY 10007

Re: Brava Investments Development Ltd. v. HSBC Bank USA, N.A.; 07 Civ. 3205

Dear Judge Marrero:

The undersigned represents defendant HSBC Bank USA, N.A. ("HSBC").

I write jointly with counsel for plaintiff, Paul H. Levinson, Esq. On January 4, 2008 we requested the Court adjourn the January 11, 2008 case management conference in light of the mediation which was scheduled to occur January 14, 2008.

Unfortunately, Grant McCrea, the court appointed mediator, cancelled the mediation due to scheduling issues. The parties immediately rescheduled the mediation to February 8, 2008. In light of this development, we request that the Court adjourn the case management conference to a date after February 8, 2008.

Respectfully yours,

*Meredith L. Friedman* (signature)

Meredith L. Friedman
VP – Senior Counsel

cc: Paul H. Levinson, Esq. (via facsimile)

Request GRANTED. The next status conference herein is rescheduled to 2-15-08 at 9:45 a.m.

SO ORDERED.

1-18-08
DATE        VICTOR MARRERO, U.S.D.J.

HSBC Bank USA, National Association
452 Fifth Avenue, New York, NY 10018

TOTAL P.02