```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-14-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BRAVA INVESTMENTS DEVELOPMENT
LTD.,

                Plaintiff,

  - against -

HSBC BANK USA N.A.,

                Defendant.
------------------------------------X

07 Civ. 3205 (VM)

**CONDITIONAL ORDER OF DISCONTINUANCE**

**VICTOR MARRERO**, United States District Judge.

Counsel for plaintiff, on behalf of the parties, having notified the Court, by letter dated February 13, 2008, a copy of which is attached, that the parties have reached an agreement in principle to settle this action without further litigation, it is hereby

**ORDERED**, that this action be conditionally discontinued without prejudice and without costs; provided, however, that within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Otherwise, within such time counsel for plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event by the deadline indicated the settlement is not consummated. Upon such notification, the defendant shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket and the parties shall be directed to appear before the Court, without the necessity

of additional process, on a date within thirty days of the plaintiff's application for reinstatement, to schedule remaining pre-trial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event plaintiff has not requested restoration of the case to the active calendar within such period of time.

The conference scheduled for February 15, 2008 is canceled but shall be rescheduled as set forth above in the event plaintiff notifies the Court that the parties' settlement was not effectuated and that such conference is necessary to resume pretrial proceedings herein.

The Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         14 February 2008

                                    _____
                                    VICTOR MARRERO
                                         U.S.D.J.

# McLaughlin & Stern, LLP

PAUL H. LEVINSON  
PARTNER  
DIRECT DIAL (212) 448-6279  
Email:plevinson@mclaughlinstern.com

260 MADISON AVENUE  
NEW YORK, NEW YORK 10016  
(212) 448-1100  
FAX (212) 448-0066

MILLBROOK OFFICE  
Franklin Avenue  
P.O. Box 1369  
Millbrook, New York 12545  
(845) 677-5700  
Fax (845) 677-0097

February 13, 2008

**VIA TELECOPIER (212) 805-6382**

Honorable Victor Marrero  
Judge, United States District Court  
Southern District of New York  
500 Pearl Street - Room 660  
New York, NY 10007

Re: Brava Investments Development Ltd. v. HSBC Bank USA N.A. - 07 CV 3205 (VM)

Dear Judge Marrero:

As per my conversation with your Law Clerk, Kenneth Lawson, earlier today, this is to confirm that the parties have settled the above-referenced action, subject to execution of papers memorializing the settlement and the effectuation thereof. Accordingly, counsel jointly request that the Status Conference scheduled for this Friday, February 15, 2008, be adjourned *sine die*. We will advise promptly when the settlement is finalized and consummated.

Thank you for your consideration in this matter.

Respectfully yours,

Paul H. Levinson

PHL:ll  
pl208chr.6

cc: Meredith L. Friedman, Esq. (Via E-Mail)